IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 14-80002 WHA

IN THE MATTER OF

In the Matter of Joan Corina Kubota - #142784

**ORDER OF SUSPENSION**

Because Joan Corina Kubota has failed to respond to the order to show cause, Ms. Kubota's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE